UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                    CASE NO.: 6:09-BK-06921-KSJ

    Angel Caro and
    Sophie Caro,

    Debtor(s).                                                            CHAPTER 7
_____/

## DEBTOR'S MOTION TO REOPEN CASE

**COMES NOW** the Debtors, Angel Caro and Sophie Caro, by and through their undersigned attorney, and moves this Court to reopen this closed Chapter 7 case, and in support thereof states as follows:

1. On May 5, 2009, the Debtors filed a petition under Chapter 7 of the Bankruptcy Code.

2. On September 16, 2009, this Court entered the Discharge of Debtors and closed the Chapter 7 case on September 16, 2009.

3. Therefore, the Debtors request that this honorable Court allow this Chapter 7 case to be reopened so that the Debtors may file a Motion to Strip with HFC Branch mortgage.

**WHEREFORE**, the Debtors respectfully request that this Court grant the Debtor's Motion to Reopen Case so that they may file a Motion to Strip their second mortgage.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by United States mail to all parties listed on the attached mailing matrix this 1st day of August, 2013.

/s/ James Scott Mills, Esq.
Attorney for Debtors
James Scott Mills, Esq.
Kaufman, Englett and Lynd, PLLC
111 N. Magnolia Ave. Suite 1600
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.389-5172
Fla Bar No.: 913154